# UNITED STATES DISTRICT COURT
## for the
Western District of Arkansas

United States of America
v.
Quinzell Lavell Hayes, II
a/k/a Jilhad Kaliq

Case No: 2:08CR20009-001

USM No: 07922-010

Date of Original Judgment: September 3, 2008
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Pro Se
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
DEC 0 8 2011
CHRIS R. JOHNSON, Clerk
By _____
Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 12/08/2011

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Honorable Robert T. Dawson U.S. District Judge
*Printed name and title*